COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          In re Fort Bend Independent School District, Relator

Appellate case number:     01-18-01113-CV

Trial court case number:    18-DCV-251366

Trial court:                          434th District Court of Fort Bend County

On December 19, 2018, relator, Fort Bend Independent School District, filed a petition for a writ of mandamus seeking to compel the respondent district judge to vacate his November 21, 2018 order of reference appointing master in chancery. Relator has included an appendix with its petition. *See* TEX. R. APP. P. 52.3(k), 52.7.

With the petition, relator also filed an opposed "Motion for Expedited Consideration and Temporary Relief" seeking to expedite this original proceeding and a temporary stay of the respondent's order in question, pending disposition of this petition. Relator's motion contains the required certificate of compliance. *See* TEX. R. APP. P. 52.10(a).

Accordingly, the Court **grants** the relator's motion with respect to the temporary stay and **ORDERS** that the respondent's November 21, 2018 order of reference appointing master in chancery is **stayed**, but **denies** the motion with respect to expedited consideration. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the petition in this Court is finally decided or this Court otherwise orders the stay lifted. *See* TEX. R. APP. P. 52.10(b). Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

Finally, the Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: ___/s/ Evelyn V. Keyes_____

               ☒ Acting individually    ☐ Acting for the Court

Date: __December 20, 2018_____